No. 03–1450. KHAN ET UX. *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied.

No. 03–1480. ISHLER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied. ■

No. 03–1485. MCCLOY *v.* DEPARTMENT OF AGRICULTURE. C. A. 10th Cir. Certiorari denied. ■

No. 03–1487. FISHER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ■

No. 03–1495. MORAN ET AL. *v.* HIBBS, DIRECTOR, ARIZONA DEPARTMENT OF REVENUE, ET AL. Sup. Ct. Ariz. Certiorari denied. ■

No. 03–1499. MARSH, EXECUTRIX OF THE ESTATE OF MARSH, ET AL. *v.* W. R. GRACE & CO. ET AL. C. A. 4th Cir. Certiorari denied. ■

No. 03–1504. MONIN *v.* MONIN, INC., ET AL. Ct. App. Ky. Certiorari denied.

No. 03–1506. WILLIAMS *v.* COLUMBUS METROPOLITAN HOUSING AUTHORITY. C. A. 6th Cir. Certiorari denied. ■

No. 03–1507. HARRELL *v.* CNA INSURANCE COS. ET AL. C. A. 4th Cir. Certiorari denied. ■

No. 03–1511. WRIGHT *v.* MONTGOMERY COUNTY, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied. ■

No. 03–1512. JOHNSON ET UX. *v.* CITY OF SHOREWOOD, MINNESOTA, ET AL. C. A. 8th Cir. Certiorari denied. ■